UNITED STATES of America,
Plaintiff–Appellee,

v.

Javier ALVAREZ–LOPEZ, a.k.a.
Gotti, a.k.a. Carlos, a.k.a. Tio,
Defendant–Appellant.

No. 08–16137
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 30, 2009.

Ryan Scott Ferber, John Andrew Horn, Elizabeth Miriam Hathaway, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Javier Alvarez–Lopez, Atlanta, GA, pro se.

Before BLACK, BARKETT and COX,
Circuit Judges.

PER CURIAM:

E. Vaughn Dunnigan, appointed counsel for Javier Alvarez–Lopez, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Alvarez–Lopez's convictions and sentences are **AFFIRMED**.